# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re: McKown, Richard L. _____ Debtor(s)   Case No: _____   2018 SEP 26 PM 3:57

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

| ☑ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email) |
|---|

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

Court notices and orders generated before a DeBN account is activated will be sent via U.S. mail.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.
I understand that I must submit an updated Debtor's Electronic Noticing Request (DeBN) form if my email or mailing address changes.

| ☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account) |
|---|

I request the following update(s) to my DeBN account:
  ☐ I have a new email address as indicated below.
  ☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.
  ☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.
  ☐ I have a new mailing address: _____.

Note: Request form is to update DeBN accounts only. A separate change of address must be filed to change the address in the case.

| ☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account) |
|---|

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case and I have read the applicable section check-marked above. I understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. I understand that my email address will be publicly available. Joint debtors who each request enrollment or already have a DeBN account must file separate forms.*

Signature: *Richard L. McKown*   Date: 9-26-18

Printed Name: Richard L. McKown   Email Address: mckown_rd@yahoo.com

For more information about the DeBN program, visit the Court's website at: https://www.ohnb.uscourts.gov

(12/17)