Northern District Of Ohio  
United States Bankruptcy Court  
Ralph Regula U.S. Courthouse  
401 McKinley Avenue SW  
Canton, OH 44702  
**Case No. 18–61969–rk**

**In re:**
  Richard L. McKown
  **Aka –** Glass Konnection
  1861 Mount Zion Road
  Mansfield, OH 44903–7550

**Social Security No.:**
  xxx–xx–0301

# MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on September 26, 2018. The petition is missing the following required documents:

Chapter 13 Plan, Employee Income Records.

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

**Dated:** September 27, 2018　　　　　　　　　　　　　　　　　　　　　　　　　For the Court
Form ohnb259　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Teresa D. Underwood, Clerk