```
                         United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                             Case No. 18-61969-rk
Richard L. McKown                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-6          User: dhaid            Page 1 of 1         Date Rcvd: Sep 27, 2018
                              Form ID: 259           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             E-mail/PDF: mckown_rd@yahoo.com Sep 27 2018 22:20:10      Richard L. McKown,
               1861 Mount Zion Road,   Mansfield, OH  44903-7550
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
          Toby L. Rosen    trosen@chapter13canton.com,    trosen@ecf.epiqsystems.com
                                                                                             TOTAL: 1

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 18−61969−rk**

**In re:**
  Richard L. McKown
  **Aka −** Glass Konnection
  1861 Mount Zion Road
  Mansfield, OH 44903−7550

**Social Security No.:**
  xxx−xx−0301

# MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on September 26, 2018. The petition is missing the following required documents:

Chapter 13 Plan, Employee Income Records.

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

**Dated:** September 27, 2018                                                                            For the Court
Form ohnb259                                                                                      Teresa D. Underwood, Clerk