<pre>
                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
</pre>

**In re:**  
Richard L. McKown  
aka Glass Konnection−  
1861 Mount Zion Road  
Mansfield, OH 44903−7550

**Case Number:** 18−61969−rk

**Chapter:** 13

**Chief Judge:** RUSS KENDIG

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

In accordance with 28 U.S.C. §586(b) and 11 U.S.C. §1302, Daniel M. McDermott, United States Trustee, respectfully gives notice that at 11:59 pm on September 30, 2018, Toby L. Rosen resigned as trustee in all cases in which she serves as the Standing Chapter 13 Trustee.

Effective October 1, 2018, Dynele L. Schinker−Kuharich is appointed as the Standing Chapter 13 Trustee for cases filed in Canton, Ohio under chapter 13 of the Bankruptcy Code, and will assume without interruption all duties and functions as the Standing Chapter 13 Trustee for all cases previously assigned to Toby L. Rosen.

The post office box for mailing all Chapter 13 payments will remain the same:

> **Standing Chapter 13 Trustee**
> **Dynele L. Schinker−Kuharich, Trustee**
> **P.O. Box 616**
> **Memphis, TN 38101−0616**

**Checks should be made payable to: "Standing Chapter 13 Trustee"**

**Online payments should be made at www.tfsbillpay.com.**

The location of the Office of the Standing Chapter 13 Trustee in Canton, the mailing address for correspondence, the telephone and fax number, will remain the same.

Respectfully submitted,

Daniel M. McDermott  
Untied States Trustee, Regions 9 & 12

Form ohnb213tr