IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-61969-rk |
| RICHARD L. MCKOWN | : | CHAPTER 13 |
| Debtor | : | JUDGE RUSS KENDIG |
| | : | **NOTICE OF APPEARANCE OF** |
| | : | **COUNSEL AND REQUEST FOR NOTICES** |

Now comes Jonathon C. Elgin, Assistant Prosecuting Attorney, Richland County, Ohio, and hereby enters his appearance on behalf of the creditor **RICHLAND COUNTY TREASURER**. Pursuant to Fed. R. Bankr. P. 2002(g), counsel respectfully requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

    Jonathon C. Elgin
    Richland Co. Prosecutor's Office
    38 S. Park Street, Second Floor
    Mansfield, Ohio 44902
    419-774-5676 (Phone)
    419-774-5889 (Fax)
    jcelgin@richlandcountyoh.us

Please take further notice that the counsel's request includes not only the notices referred to in Fed. R. Bankr. P. 2002, 9007, and 9010, but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which

affect or seek to affect in any way the procedural or equitable rights or interests of Richland County, Ohio. Counsel requests that he be added to the Clerk's mailing matrix in this case.

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
Richland Co. Prosecutor's Office
38 S. Park Street, Second Floor
Mansfield, Ohio 44902
419-774-5676 (Phone)
419-774-5889 (Fax)
jcelgin@richlandcountyoh.us
*Attorney for Creditor Richland County Treasurer*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018 a true and accurate copy of the foregoing was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Richard L. McKown (Debtor, Pro Se)
1861 Mount Zion Road
Mansfield, OH 44903-7550

Dynele L Schinker-Kuharich (Trustee)
Office of the Chapter 13 Trustee
400 Tuscarawas Street West, Suite 400
Canton, OH 44702

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
*Attorney for Creditor Richland County Treasurer*