# AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018 a true and accurate copy of the Objection to Confirmation (Docket # 18) was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Dynele L Schinker-Kuharich (Trustee)
Office of the Chapter 13 Trustee
400 Tuscarawas Street West, Suite 400
Canton, OH 44702

Joshua Vaughan, Esq.
Thomas R. Houlihan, Esq.
Amer Cunningham Co., LPA
One Cascade Plaza, Suite 1510
Akron, OH 44308


And by Ordinary US Mail on the following:

Richard L. McKown (Debtor, Pro Se)
1861 Mount Zion Road
Mansfield, OH 44903-7550

Jerod M. Them, Esq.
Weldon, Huston, & Keyser, LLP
76 N Mulberry St.
Mansfield, OH 44902

/s/Jonathon C. Elgin
_____
Jonathon C. Elgin (0096390)
Richland Co. Prosecutor's Office
38 S. Park Street, Second Floor
Mansfield, Ohio 44902
419-774-5676 (Phone)
419-774-5889 (Fax)
jcelgin@richlandcountyoh.us
***Attorney for Creditor Richland County Treasurer***

1

2