**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 09:37 AM November 7, 2018**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RICHARD L. MCKOWN, | ) | CASE NO. 18-61969 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |

      This case is before the court on a Notice of Deficiency and Order to Show Cause ("Show Cause Order") issued on October 17, 2018 for Debtor's failure to file employee income records. The Show Cause Order required Debtor to act within fourteen days to avoid dismissal and no action was taken. The court therefore **DISMISSES** the case.

      It is so ordered.

\#       \#       \#

<u>**Service List:**</u>

Richard L. McKown
1861 Mount Zion Road
Mansfield, OH 44903-7550

Dynele L Schinker-Kuharich
Office of the Chapter 13 Trustee
200 Market Avenue North, Ste. LL30
Canton, OH 44702